United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 22-50323-amk
Larry Steffee  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5      User: admin      Page 1 of 2
Date Rcvd: May 19, 2022      Form ID: 177a      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry Steffee, 50 Wilpark Dr, Akron, OH 44312-3582 |
| 27187760 | + | Cerulean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 27187763 | | FirstCredit Inc, PO Box 630838, Cincinnati, OH 45263-0838 |
| 27187767 | | Mercury Card Services, PO Box 84064, Philadelphia, PA 19176 |
| 27187768 | | Northstar Location Svs LLC, ATTN Financial Svcs Dept, 4285 Genesee St, Buffalo, NY 14225-1943 |
| 27187769 | + | Summa Health, PO Box 3540, Akron, OH 44309-3540 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | May 19 2022 20:38:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | + | EDI: AISACG.COM | May 20 2022 00:38:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 27187756 | + | EDI: GMACFS.COM | May 20 2022 00:38:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 27187757 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 19 2022 20:45:34 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 27187759 | + | Email/Text: BNBLAZE@capitalsvcs.com | May 19 2022 20:38:00 | Blaze MasterCard, PO Box 2534, Omaha, NE 68103-2534 |
| 27187761 | + | Email/Text: gtercero@crossriver.com | May 19 2022 20:38:00 | Cross River Bank, 400 Kelby St, Fort Lee, NJ 07024-2943 |
| 27187762 | + | Email/Text: data_processing@fin-rec.com | May 19 2022 20:38:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 27187765 | + | EDI: PHINGENESIS | May 20 2022 00:38:00 | Genesis FS Card Svcs, PO Box 4477, Beaverton, OR 97076-4401 |
| 27187766 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2022 20:45:39 | LVNV Funding, 200 Meeting Street, Ste #206, Greenville, SC 29615-5833 |
| 27187768 | ^ | MEBN | May 19 2022 20:34:28 | Northstar Location Svs LLC, ATTN Financial Svcs Dept, 4285 Genesee St, Buffalo, NY 14225-1943 |
| 27189086 | + | EDI: RECOVERYCORP.COM | May 20 2022 00:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 27187758 | *+ | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 27187764 | * | FirstCredit Inc, PO Box 630838, Cincinnati, OH 45263-0838 |
| 27187770 | *+ | Summa Health, PO Box 3540, Akron, OH 44309-3540 |
| 27187771 | *+ | Summa Health, PO Box 3540, Akron, OH 44309-3540 |
| 27187772 | *+ | Summa Health, PO Box 3540, Akron, OH 44309-3540 |
| 27187773 | *+ | Summa Health, PO Box 3540, Akron, OH 44309-3540 |
| 27187774 | *+ | Summa Health, PO Box 3540, Akron, OH 44309-3540 |
| 27187775 | *+ | Summa Health, PO Box 3540, Akron, OH 44309-3540 |
| 27187776 | *+ | Summa Health, PO Box 3540, Akron, OH 44309-3540 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold A. Corzin | hcorzin@corzinlaw.com ccorzin@aol.com;oh32@ecfcbis.com |
| Rebecca J. Sremack | on behalf of Debtor Larry Steffee rebecca@sremacklaw.com |

TOTAL: 2

Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 22−50323−amk**

**In re: (Name of Debtor)**
Larry Steffee
50 Wilpark Dr
Akron, OH 44312

**Social Security No.:**
xxx−xx−5267

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

Last date to file claims: **August 26, 2022**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. Effective February 1, 2019, the Electronic Proof of Claim (ePOC) filing program is available on the court's website for all users to file a Proof of Claim, Amended Proof of Claim, Withdrawal of Claim, and Supplement to a Claim. A login/password is **not** required to use ePOC. Parties not represented by an attorney and registered CM/ECF filers may use this service. Access and instructions for ePOC filing are available in the ECF and Case Info section of the court website at www.ohnb.uscourts.gov. Parties who would like to file a Proof of Claim manually may obtain a Proof of Claim form (Official Form B410) from the Forms page of the United States Court's website at www.uscourts.gov, or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** May 19, 2022  
Form ohnb177

For the Court
Josiah C. Sell, Clerk